JUDGE DANIELS

08 CV 00554

35-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AYRES SHIPPING INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

RECEIVED JAN 22 2008 U.S.D.C.S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AYRES SHIPPING INC.,

                     Plaintiffs,

-against-

PAKRI TANKERS,

                     Defendant.
-----------------------------------------------------------------x

08 CV 554 (GBD)

**RULE 7.1 STATEMENT**

    The Plaintiff, AYRES SHIPPING INC., by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       January 22, 2008

                     FREEHILL HOGAN & MAHAR, LLP
                     Attorneys for Plaintiff
                     AYRES SHIPPING INC.

            By: _____
                     Michael E. Unger (MU 0045)
                     80 Pine Street
                     New York, NY 10005
                     Telephone: (212) 425-1900
                     Fax: (212) 425-1901

NYDOCS1/297697.1