35-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AYRES SHIPPING INC.,

                      Plaintiff,

– against –

PAKRI TANKERS,

                      Defendant.
-----------------------------------------------------------x

08 cv 00554 (GBD)

**ORDER DIRECTING
RELEASE OF FUNDS**

It having been reported to the Court that the parties have agreed the funds which have been restrained in connection with this action may be transferred to an escrow account established in London to be held pending the outcome of the London arbitration between the parties; it is

HEREBY ORDERED AND DIRECTED that Citibank, Wachovia Bank, and any other bank which has been served as a garnishee in this action shall transfer all restrained funds to the solicitors for Defendant Pakri Tankers pursuant to the wire instructions set forth below:

    Davies Johnson & Co **USD Client Account**
    Barclays Bank PLC
    20 Lemon Street
    TRURO
    TR1 2YY
    UK
    A/C No. 83927266
    Sort Code: 20-68-10
    Swift: BARC GB 22

SO ORDERED:

April ___, 2008

_____
Hon. George B. Daniels U.S.D.J.
**HON. GEORGE B. DANIELS**